IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

DENNIS SCOTT, )
   PLAINTIFF, )
VS. ) NO. (NEW CASE)
DANIELLE WALKER, ) 14-3404
   DEFENDANT. )
)

## I. PLAINTIFF'S INDIVIDUAL COMPLAINT

1.) NOW COMES PLAINTIFF DENNIS SCOTT BY AND THOUGH HIMSELF AND ACTING ON HIS OWN BEHALF WITH THE ASSISTANCE OF A JAILHOUSE LAWYER STATES AS FOLLOWS.

2.) DELIBERATE INDIFFERENCE TO A SERIOUS MEDICAL NEED CONSPIRING TO AND DENYING PLAINTIFF HIS DIALYSIS WITHOUT JUSTIFACATION CONCERNING TERRIBLE CONSEQUENCES OF HIS ACTIVSM WHICH INCLUDES RUSHVILLE TDF STAFF PERSONELL CONSPIRING, HARASSING, THEATENING, INTIMIDATING, RETALIATING, DISCOURAGING, AND SCARING THE PLAINTIFF AWAY FROM PENDING LAWSUITS AGAINST HER CO-WORKER'S WHO'S ADVERSE ACTION WAS DIRECTLY RELATED TO PLAINTIFF PROTECTED CONDUCT.

## II INTRODUCTION

3.) THIS COMPLAINT ASSERTS A CIVIL RIGHTS ACTION PURSUANT TO 42 OF THE UNITED STATES CODE §1983 FOR DECLATORY, COMPENSATORY, PUNITIVE AND INJUNCTIVE RELIEF TO REDRESS THE VIOLATIONS OF HIS 1ST AMENDMENT RIGHT TO REDRESS THE GOVERNMENT FOR GRIEVANCE AND HIS 14TH AMENDMENT RIGHT TO " DUE PROCESS OF LAW ALTHOUGH SOME OF THESE HARASSMENTS ARE SUBTLE, IT KEEPS ON HAPPENING. THEREFORE PLAINTIFF IS CLAIMING A CAMPAIGN OF HARASSMENTS, DENIAL OF A SERIOUS MEDICAL NEED PLAINTIFF'S DIALYSIS FOR KIDNEY FAILURE.

(1)

4) DANIELLE WALKER IS A HEALTH CARE DIRECTOR OF NURSING WHO HAS AUTHORIZED FOR PLAINTIFF DIALYSIS TO BE DENIED ON SEVERAL DIFFERENT OCCASSION WITHOUT JUSTIFACATION THIS IS NOT THE FIRST TIME DEFENDANT DANIELLE WALKER HAS APROVE FOR PLAINTIFF'S DIALYSIS TO BE DENIED WITHOUT JUSTIFACATION MOST RESENT DECEMBER 23, 2014 DEFENDANT WALKER WAS AWARE THAT THE LAST TIME PLAINTIFF HAD BEEN DIALIZED WAS DECEMBER 21, 2014 AND PLAINTIFF WOULD HAVE TO GO FROM DECEMBER 21, 2014 TO DECEMBER 26, 2014 DO TO THERE BEING NO MAKE DAYS AFTER DENIED PLAINTIFF HAD TO SUFFER FOR FIVE CONTINUOUS DAYS AND NO MEDICAL ASSISTANCE EACH DENIAL PLAINTIFF HAS REQUESTED THAT FACILITY DIRECTOR GREGG SCOTT PRESERVE VIDEO SERVALANCE AND PLACE COPY IN PLAINTIFF MASTER FILE THE DENIAL OF PLAINTIFF DIALYSIS HAS BEEN ON GOING ALONG WITH HARASSMENTS AND RETALIATIONS AND ADMINISTRATIVE COVER UPS FOR SUCH CONDUCT EVERY SINCE PLAINTIFF FILE A COMPLAINT FOR DELIBERATE INDIFFERENCE TO A SERIOUS MEDICAL NEED DENIAL OF DIALYSIS AGAINST TWO OF HER CO-WORKER'S WHO WAS HIGH RANKING OFFICIALS AN INFLUENTIAL AS TRAVIS SMITH (UNION PRESIDENT) AND RYAN KERR A DEMOTED SARGENT CASE #3157

### III. JURISDICTION

5) THIS COURT HAS JURISDICTION OVER THIS ACTION UNDER TITLE 28 OF THE UNITED STATES CODE §1331 AND §1343.

### IV PARTIES

6)
A) PLAINTIFF: NAME DENNIS SCOTT
B) LIST OF ALIASES: NONE
C) PRISON ID#: PLAINTIFF HAS COMPLETED HIS PRISON SENTENCE IN 2012 24TH DAY OF AUGUST AND IS BEING ILLEGALY DETAINED HERE AT RUSHVILLE TDF TREATMENT AND DETENTION FACILITY, AND HAS BEEN RESTORED ALL OF HIS RIGHTS; INCLUDING HIS RIGHT TO VOTE.

7) DEFENDANT: DANIELLE WALKER IS A HEATH CARE DIRECTOR OF NURSING DEFENDANT DANIELLE WALKER IS BEING SUED IN HER INDIVIDUAL AND OFFICIAL CAPACITY. AT ALL TIMES RELVANT SHE WAS ACTING UNDER THE COLOR OF STATE AND FEDERAL LAW.

8) DEFENDANT: DANIELLE WALKER
TITLE: HEALTH CARE DIRECTOR OF NURSING
PLACE OF EMPLOYMENT: 1680 E. COUNTYFARM ROAD
RUSHVILLE, IL 62681

## VI. LEGAL CLAIMS

9) A PHYSICIAN IS DELIBERATELY INDIFFERENT WHEN HE OR SHE PERSISTS IN AN INEFFECTIVE TREATMENT AND PRESCRIBING PAIN KILLERS THAT CAUSE A PATIENT TO EXPERIENCE PAIN

10) EVEN PERSONNEL WHO ARE NOT DOCTORS ARE NOT PERMITTED SIMPLY TO IGNORE A DETAINEE'S PLIGHT NOR CAN THEY DELIBERATELY OBSTRUCT OR DELAY A PATIENT FROM RECEIVING NECESSARY TREATMENT WHEN THEY DELAY OR DENY ACCESS TO A SPECIALIST.

11) THE PLAINTIFF HAS AND IS BEING RETALIATED AGAINST BY THE NAMED DEFENDANT FOR EXCERSISING HIS RIGHTS TO FILE GRIEVANCES AND LAWSUITS THESE RETALIATIONS ARE SERIOUS AND HAS CAME AND IS COMING AT THE PLAINTIFF IN MANY FORMS IN VIOLATION OF THE PLAINTIFF'S 1ST AND 14TH AMENDMENT RIGHTS.

12) THE PLAINTIFF HAS NO PLAIN, ADEQUATE OR COMPLETE REMEDY AT LAW TO REDRESS THE WRONGS DESCRIBED HEREIN. PLAINTIFF HAS BEEN AND WILL CONTINUE TO BE IRREPARABLY INJURED BY THE CONDUCT OF THE DEFENDANT, AND INJUNCTIVE RELIEF WHICH THE PLAINTIFF SEEKS.

## PRAYER FOR RELIEF

13) WHEREFORE, PLAINTIFF RESPECTFULLY PRAYS THAT THIS COURT ENTER A JUDGEMENT GRANTING PLAINTIFF:

(3)

14) A DECLATORATION THAT THE ACTS AND OMISSIONS DESCRIBED HEREIN VIOLATED THE PLAINTIFF'S RIGHTS UNDER THE CONSTITUTION AND LAWS OF THE UNITED STATES OF AMERICA.

15) A PRELIMINARY AND PERMANENT INJUNCTION ORDERING THE DEFENDANT NOT TO BE ALLOWED TO CONTINUE WITH THIS CAMPAIGN OF HARASSMENTS AND RETALIATION AND DENYING HIM HIS DIALYSIS AS WELL.

16) COMPENTSATORY DAMAGES TO BE DETERMINED BY THIS HONORABLE COURT AGAINST THE DEFENDANT.

17) PUNITIVE DAMAGES IN THE AMOUNT TO BE DETERMINED BY THIS HONORABLE COURT.

19) PLAINTIFF REQUEST HIS IMMEDIATE RELEASE FROM RUSHVILLE TDF.

20) A JURY TRIAL ON ALL ISSUES TRIABLE BY JURY.

PLAINTIFF'S COSTS IN THIS SUIT.

21) ANY ADDITIONAL RELIEF THAT THIS HONORABLE COURT DEEMS, JUST, PROPER, ADEQUATE AND EQUITABLE.

DATE: DECEMBER 30, 2014
RESPECTFULLY SUBMITTED
DENNIS SCOTT
*Dennis Scott*
1680 E. COUNTY FARM ROAD
RUSHVILLE, IL 62681

## VERIFICATION

22) I HAVE ALREADY READ THE FOREGOING COMPLAINT AND HEREBY VERIFY THAT THE MATTERS ALLEGED THEREIN ARE TRUE EXCEPT AS TO MATTERS ALLEGED ON INFORMATION AND BELIEF AND AS TO THOSE I BELIEVE TO BE TRUE. I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT. EXECUTED AT RUSHVILLE, IL TDF.

DATE: DECEMBER 30, 2014
RESPECTFULLY SUBMITTED
DENNIS SCOTT
*Dennis Scott* (signature)
1680 E. COUNTY FARM ROAD
RUSHVILLE, IL 62681

(5)